**COMMONWEALTH of Pennsylvania**

v.

**Frank JACKAMOWICZ, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 1975.

Decided Oct. 7, 1977.

Vincent J. Ziccardi, Public Defender, John W. Packel, Asst. Public Defender, Chief, Appeals Div., Defender Assn., Jonathan Miller, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.